```
                                              FILED
                                              November 17, 2005
UNITED STATES DISTRICT COURT FOR THE          CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
EASTERN DISTRICT OF CALIFORNIA                CALIFORNIA
                                              _____
                                              DEPUTY CLERK
```

UNITED STATES OF AMERICA, )
                                       )    Case No. MAG 05-0331 DAD
          Plaintiff,           )
v.                                 )    ORDER FOR RELEASE OF
                                       )    PERSON IN CUSTODY
TRI HUU BUI,                   )
                                       )
          Defendant.          )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __TRI HUU BUI__ , Case No. __MAG 05-0331 DAD__ , Charge __21 USC § 846__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    _X_    Bail Posted in the Sum of $ _____

             _X_    Unsecured Appearance Bond $ _50,000.00 co-signed_

             ___    Appearance Bond with 10% Deposit

             ___    Appearance Bond with Surety

             ___    Corporate Surety Bail Bond

             _X_    (Other) _Pretrial Services Supervision with conditions of release._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _November 17, 2005_ at _2:50 p.m._ .

                                                 By _/s/ Dale A. Drozd_
                                                    Dale A. Drozd
                                                   United States Magistrate Judge

Original - U.S. Marshal