**ALEX R. KESSEL (State Bar No. 110715)**
16000 Ventura Blvd.
Penthouse Suite 1208
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant
**NAM PHAMTRAN**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:05-CR-542-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE |
| vs. | |
| THO LE, et. al., | |
| Defendants. | |

    It is hereby stipulated and agreed to between the United States of America through Matthew C. Stegman, Assistant United States Attorney; defendant, NAM PHAMTRAN, by and through his counsel, Alex R. Kessel, defendant, TRI HUU BUI, by and through his counsel Scott L. Tedmon; defendant, MICHELLE CHAUN GOC LE, by and through her counsel, Mark Bledstein**;** defendant THANG QUOC BUI, by and through his counsel, Tim Warriner; and TUNG THANH HUYNH, by and through his counsel, Matthew C. Bockman, Assistant Federal Defender, that the motions hearing date currently set for March 13, 2009 at 9:00am, be continued to April 17, 2009 at 9:00am.

    Counsel requires additional time to continue possible plea negotiations with the government.

    Counsel for Defendant Nam Pham Tran is engaged in trial in the matter of U.S.A. vs. Vo Duong Tran, case number CR08-197-AG, in the United States District Court, Central District of California in Santa Ana before the Honorable Andrew J. Guilford. This is a two defendant conspiracy case wherein the defendants are in custody. This matter involves an out of state attorney

and witnesses who have arranged their schedules to be present for this matter.

      Counsel for Defendant Michelle Le is engaged in trial in the matter of <u>People vs. Espino</u>, case number BA341832 in Department 121 of the Los Angeles County Superior Court, Central District in Los Angeles. Trial is expected to finish March 13, 2009.

      IT IS FURTHER STIPULATED that the period from March 13, 2009(the date currently set for the motions hearing) through and including April 17, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel and 18 U.S.C. §§3161(h)(8)(B)(ii) and Local Code T2 for complexity.

Dated: March 10, 2009                    Respectfully submitted,

                                      /s/ Alex R. Kessel
                                      _____
                                      ALEX R. KESSEL
                                      Attorney for Defendant
                                      NAM PHAMTRAN

                                      /s/ Alex R. Kessel for
                                      _____
                                      SCOTT L. TEDMON
                                      Attorney for Defendant
                                      TRUI HUU BUI

                                      /s/ Alex R. Kessel for
                                      _____
                                      MARK BLEDSTEIN
                                      Attorney for Defendant
                                      MICHELLE CHAUN GOC LE

                                      /s/ Alex R. Kessel for
                                      _____
                                      TIMOTHY WARRINER
                                      Attorney for Defendant
                                      THANG QUOC BUI

|   |   |   |
|---|---|---|
| | | /s/ Alex R. Kessel for |
| | | _____ |
| | | MATTHEW BOCKMON |
| | | Attorney for Defendant |
| | | TUNG THANH HUYNH |

Dated: March 11, 2009                MCGREGOR W. SCOTT
                                     United States Attorney

                                     /s/ Alex R. Kessel for
                                     _____
                                     MATTHEW C. STEGMAN
                                     Assistant United States Attorney

**ORDER**

IT IS SO ORDERED:

Dated: March 12, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge