**ALEX R. KESSEL (State Bar No. 110715)**
16000 Ventura Blvd.
Penthouse Suite 1208
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: kessellaw@sbcglobal.net


Attorney for Defendant
**NAM PHAMTRAN**


UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:05-CR-542-GEB |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE |
| vs. | |
| THO LE, et. al., | |
| Defendants. | |

    It is hereby stipulated and agreed to between the United States of America through Matthew C. Stegman, Assistant United States Attorney; defendant, NAM PHAMTRAN, by and through his counsel, Alex R. Kessel, defendant, TRI HUU BUI, by and through his counsel Scott L. Tedmon; defendant, MICHELLE CHAUN GOC LE, by and through her counsel, Mark Bledstein**;** defendant THANG QUOC BUI, by and through his counsel, Tim Warriner; and TUNG THANH HUYNH, by and through his counsel, Matthew C. Bockman, Assistant Federal Defender, that the motions hearing date currently set for June 19, 2009 at 9:00am, be continued to August 28, 2009 at 9:00am.

    Counsel requires additional time to continue possible plea negotiations with the government.

    Counsel for Defendant Nam Pham Tran is engaged in trial in the matter of People vs. Jesse James Hollywood, case number 1014465 in Department 14 of the Santa Barbara County Superior Court. This is a capital murder case wherein the defendant is in custody.

1	IT IS FURTHER STIPULATED that the period from June 19, 2009(the date currently set for
2	the motions hearing) through and including August 28, 2009, be excluded in computing the time
3	within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C.
4	§3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel and 18 U.S.C.
5	§§3161(h)(8)(B)(ii) and Local Code T2 for complexity.

Dated: June 16, 2009                                  Respectfully submitted,

/s/ Alex R. Kessel
_____
ALEX R. KESSEL
Attorney for Defendant
NAM PHAMTRAN

/s/ Alex R. Kessel for
_____
SCOTT L. TEDMON
Attorney for Defendant
TRUI HUU BUI

/s/ Alex R. Kessel for
_____
MARK BLEDSTEIN
Attorney for Defendant
MICHELLE CHAUN GOC LE

/s/ Alex R. Kessel for
_____
TIMOTHY WARRINER
Attorney for Defendant
THANG QUOC BUI

/s/ Alex R. Kessel for
_____
MATTHEW BOCKMON
Attorney for Defendant
TUNG THANH HUYNH

1  Dated: June 16, 2009                MCGREGOR W. SCOTT
2                                      United States Attorney

3  /s/ Alex R. Kessel for
   _____
4  MATTHEW C. STEGMAN
   Assistant United States Attorney
5

6                       **ORDER**

7  IT IS SO ORDERED:

8  Dated:  June 22, 2009

9
10 _____
   GARLAND E. BURRELL, JR.
11 United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3