**I. MARK BLEDSTEIN**  (State Bar No. 47482)
15915 Ventura Blvd., Suite 203
Encino, California 91436-2746
Telephone: (818) 995-0801
Facsimile: (818) 981-6098
Email: imblaw@pacbell.net

Attorney for Defendant
**MICHELLE LE**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 2:05-CR-542-GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE; AND, SUA SPONTE** |
| vs. ) | **ORDER STRIKING MOTION** |
| ) | |
| THO LE, et. al., ) | |
| ) | |
| Defendants. ) | |

    It is hereby stipulated and agreed to between the United States of America through Matthew C. Stegman, Assistant United States Attorney; defendant, NAM PHAMTRAN, by and through his counsel, Alex R. Kessel, defendant, TRI HUU BUI, by and through his counsel Scott L. Tedmon; defendant, MICHELLE CHAUN GOC LE, by and through her counsel, Mark Bledstein**;** defendant THANG QUOC BUI, by and through his counsel, Tim Warriner; and TUNG THANH HUYNH, by and through his counsel, Matthew C. Bockman, Assistant Federal Defender, that the motions hearing date currently set for August 28, 2009 at 9:00am, be continued to October 23, 2009 at 9:00am.

    Counsel requires additional time to continue possible plea negotiations with the government.

    Counsel for Defendant MICHELLE LE,  is engaged in trial in the matter of ***People vs. Alejandro Romero, Case No.BA349462*** in Department 126 of the Los Angeles Superior Court. This case is set for trial as 50 of 60 and also engaged in ***People vs. Nai Wu, Case No. GA075230,*** in Department 1 of the Alhambra Courthouse. This case is set for preliminary hearing..

1   IT IS FURTHER STIPULATED that the period from August 28, 2009(the date currently set
2   for the motions hearing) through and including October 23, 2009, be excluded in computing the time
3   within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C.
4   §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel and 18 U.S.C.
5   §§3161(h)(8)(B)(ii) and Local Code T2 for complexity.

7   Dated: August 24, 2009                    Respectfully submitted,

9                                              /s/ I. Mark Bledstein
10                                             _____
                                               I. MARK BLEDSTEIN
                                               Attorney for Defendant
11                                             MICHELLE CHAUN GOC LE

13                                             /s/ I. Mark Bledstein for
                                               _____
14                                             ALEX R. KESSEL
                                               Attorney for Defendant
15                                             NAM PHAMTRAN

17                                             /s/ I. Mark Bledstein for
                                               _____
                                               SCOTT. TEDMON
18                                             Attorney for Defendant
                                               TRUI HUU BUI

21                                             /s/ I. Mark Bledstein for
                                               _____
                                               TIMOTHY WARRINER
22                                             Attorney for Defendant
                                               THANG QUOC BUI

25                                             /s/ I. Mark Bledstein for
                                               _____
26                                             MATTHEW BOCKMON
                                               Attorney for Defendant
27                                             TUNG THANH HUYNH

Dated: August 24, 2009 MCGREGOR W. SCOTT
United States Attorney

/s/ I. Mark Bledstein for
_____
MATTHEW C. STEGMAN
Assistant United States Attorney

## ORDER

IT IS SO ORDERED.   Further the motion to suppress evidence filed February 8, 2008, and any joinder in that motion, is deemed withdrawn and stricken since the motion should not continue pending indefinitely.

Dated:  August 27, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge