**ALEX R. KESSEL (State Bar No. 110715)**
16000 Ventura Blvd.
Penthouse Suite 1208
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant
**NAM PHAMTRAN**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:05-CR-542-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE |
| vs. | |
| THO LE, et. al., | |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through Matthew C. Stegman, Assistant United States Attorney; defendant, NAM PHAMTRAN, by and through his counsel, Alex R. Kessel, defendant, TRI HUU BUI, by and through his counsel Scott L. Tedmon; defendant, MICHELLE CHAUN GOC LE, by and through her counsel, Mark Bledstein; defendant THANG QUOC BUI, by and through his counsel, Tim Warriner; and TUNG THANH HUYNH, by and through his counsel, Matthew C. Bockman, Assistant Federal Defender, that the status/motions hearing date currently set for October 23, 2009 at 9:00am, be continued to December 4, 2009 at 9:00am.

Counsel requires additional time to continue possible plea negotiations with the government.

Counsel for defendant Nam Phamtran is engaged in trial in the matter of People vs. Enrique Sanchez, case number BA337376 in Department 129 of the Los Angeles County Superior Court, Central District in Los Angeles. This is an attempted murder case wherein the defendant is in

1

1  custody.

2  Counsel for defendant Nam Phamtran hereby withdraws without prejudice his pending
3  Motion to Suppress Wiretap Applications and Statesments of Nam Gia Phamtran.
4  IT IS FURTHER STIPULATED that the period from October 23, 2009(the date currently set
5  for the motions hearing) through and including December 4, 2009, be excluded in computing the
6  time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C.
7  §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel and 18 U.S.C.
8  §§3161(h)(8)(B)(ii) and Local Code T2 for complexity.

10  Dated: October 20, 2009                    Respectfully submitted,

12                                              /s/ Alex R. Kessel
13                                              _____
                                                ALEX R. KESSEL
                                                Attorney for Defendant
14                                              NAM PHAMTRAN

16                                              /s/ Alex R. Kessel for
17                                              _____
                                                SCOTT L. TEDMON
                                                Attorney for Defendant
18                                              TRUI HUU BUI

19
                                                /s/ Alex R. Kessel for
20                                              _____
                                                MARK BLEDSTEIN
                                                Attorney for Defendant
21                                              MICHELLE CHAUN GOC LE

23
                                                /s/ Alex R. Kessel for
24                                              _____
                                                TIMOTHY WARRINER
                                                Attorney for Defendant
25                                              THANG QUOC BUI

2

/s/ Alex R. Kessel for
_____
MATTHEW BOCKMON
Attorney for Defendant
TUNG THANH HUYNH

Dated: October 20, 2009

MCGREGOR W. SCOTT
United States Attorney

/s/ Alex R. Kessel for
_____
MATTHEW C. STEGMAN
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED:

Dated: October 27, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

3