Tim Warriner (SB#166128)
Attorney at Law
813 6TH St., Suite 450
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant
THANG QUOC BUI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR S 05 0542 GEB |
| Plaintiff, | ) ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) ) | AND EXCLUDING TIME |
| THANG QUOC BUI, et al., | ) ) | |
| Defendants. | ) ) | |

It is hereby stipulated and agreed to between the United States of America by and through Matthew C. Stegman, Assistant United States Attorney; defendant, TRI HUU BUI, by and through his counsel, Scott L. Tedmon; defendant, MICHELLE CHAUN GOC LE, by and through her counsel, Mark Bledstein; defendant, NAM GIA PHAMTRAN, by and through his counsel, Alex Kessel; defendant, THANG QUOC BUI, by and through his counsel, Tim Warriner; and defendant TUNG THANH HUYNH, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently set for December 4, 2009, be continued to January 8, 2010.

Counsel requires additional time to engage in plea negotiations and legal research and investigation concerning possible plea. Additionally, Mr. Kessel is now engaged in trial in People v. Rudolpho Rabonza (Los Angeles County Superior Court, No. LA 060 4491), and will be so engaged on the date presently set for the status conference.

It is further stipulated that the period of time from December 4, 2009 through and

1

1 including January 8, 2010, be excluded in computing the time within which trial must commence
2 under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for
3 continuity and preparation of counsel, and 18 U.S.C. § 3161(h)(7)(B)(ii) and Local Code T2 for
4 complexity.

DATED: December 3, 2009    /s/ Tim Warriner
                           Attorney for Defendant, THANG QUOC BUI

                           /s/ Matthew C. Bockmon, Assistant Federal Defender
                           Attorney for Defendant, TUNG THANH HUYNH

                           /s/ Scott L. Tedmon
                           Attorney for Defendant, TRI HUU BUI

                           /s/ Mark Bledstein
                           Attorney for Defendant, MICHELLE CHAUN GOC LE

                           /s/ Alex Robert Kessel
                           Attorney for Defendant, NAM GIA PHAMTRAN

DATED: December 3, 2009    /s/ Matthew C. Stegman, Assistant United States Attorney

ORDER

IT IS SO ORDERED.

Dated:  December 3, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge