**I. MARK BLEDSTEIN**  (State Bar No. 47482)
15915 Ventura Blvd., Suite 203
Encino, California 91436-2746
Telephone: (818) 995-0801
Facsimile: (818) 981-6098
Email: imblaw@pacbell.net

Attorney for Defendant
**MICHELLE LE**

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO.: 2:05-CR-542-GEB** |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER TO CONTINUE** |
| vs. ) | |
| THO LE, et. al., ) | |
| Defendants. ) | |

It is hereby stipulated and agreed to between the United States of America through Matthew C. Stegman, Assistant United States Attorney; defendant, NAM PHAMTRAN, by and through his counsel, Alex R. Kessel, defendant, TRI HUU BUI, by and through his counsel Scott L. Tedmon; defendant, MICHELLE CHAUN GOC LE, by and through her counsel, Mark Bledstein**;** defendant THANG QUOC BUI, by and through his counsel, Tim Warriner; and TUNG THANH HUYNH, by and through his counsel, Matthew C. Bockman, Assistant Federal Defender, that the motions hearing date currently set for January 8, 2010 at 9:00 a.m., be continued to March 12, 2010 at 9:00am.

Counsel for defendant MICHELLE CHAUN GOC LE, requests a continuance to early to mid March due to a conflict with a three defendant custody federal case, ***U.S.A. VS. ADZHEMYAN ET AL, CASE NO. 2:09-CR-00783-JHN.*** The federal court set trial to begin January 12, 2010 and two sentence's set on January 11, 2010 in federal court in Los Angeles, ***U.S.A. VS. ELTOUCKLY, CASE NO. CR06-897-RMT*** and ***U.S.A. VS. KUM, CASE NO. 08-1406*** Counsel requires additional time to continue possible plea negotiations with the government.

1

1    IT IS FURTHER STIPULATED that the period from January 8, 2009 (the date currently set for the motions hearing) through and including March 12, 2010, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel and 18 U.S.C. §§3161(h)(8)(B)(ii) and Local Code T2 for complexity.

Dated: January 5, 2010                    Respectfully submitted,


                                          /s/ I. Mark Bledstein
                                          _____
                                          I. MARK BLEDSTEIN
                                          Attorney for Defendant
                                          MICHELLE CHAUN GOC LE


                                          /s/ I. Mark Bledstein for
                                          _____
                                          ALEX R. KESSEL
                                          Attorney for Defendant
                                          NAM PHAMTRAN


                                          /s/ I. Mark Bledstein for
                                          _____
                                          SCOTT. TEDMON
                                          Attorney for Defendant
                                          TRUI HUU BUI


                                          /s/ I. Mark Bledstein for
                                          _____
                                          TIMOTHY WARRINER
                                          Attorney for Defendant
                                          THANG QUOC BUI


                                          /s/ I. Mark Bledstein for
                                          _____
                                          MATTHEW BOCKMON
                                          Attorney for Defendant
                                          TUNG THANH HUYNH

| | |
|---|---|
| Dated: December 29, 2009 | MCGREGOR W. SCOTT<br>United States Attorney |
| | /s/ I. Mark Bledstein for |
| | _____<br>MATTHEW C. STEGMAN<br>Assistant United States Attorney |

**ORDER**

IT IS SO ORDERED:

Dated:  January 5, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

3