1  Tim Warriner (SB#166128)
   Attorney at Law
2  813 6TH St., Suite 450
   Sacramento, CA 95814
3  (916) 443-7141
   FAX: (916) 441-0970
4
   Attorney for Defendant
5  THANG QUOC BUI

6

                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR S 05 0542 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| v. | ) | AND EXCLUDING TIME |
| | ) | |
| THANG QUOC BUI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

It is hereby stipulated and agreed to between the United States of America by and through Matthew C. Stegman, Assistant United States Attorney; defendant, TRI HUU BUI, by and through his counsel, Scott L. Tedmon; defendant, MICHELLE CHAUN GOC LE, by and through her counsel, Mark Bledstein; defendant, NAM GIA PHAMTRAN, by and through his counsel, Alex Kessel; defendant, THANG QUOC BUI, by and through his counsel, Tim Warriner; and defendant TUNG THANH HUYNH, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently set for March 12, 2010, be continued to April 23, 2010. All counsel continue to require additional time to engage in plea negotiations and to conduct legal research and investigation concerning possible plea.

It is further stipulated that the period of time from March 12, 2010 through and including April 23, 2010, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of counsel, and 18 U.S.C. § 3161(h)(7)(B)(ii) and Local Code T2 for complexity.

1

| | | |
|---|---|---|
| 1 | DATED: March 11, 2010 | /s/ Tim Warriner<br>Attorney for Defendant, THANG QUOC BUI |
| 2 | | |
| 3 | | /s/ Matthew C. Bockmon, Assistant Federal Defender<br>Attorney for Defendant, TUNG THANH HUYNH |
| 4 | | /s/ Scott L. Tedmon<br>Attorney for Defendant, TRI HUU BUI |
| 5 | | |
| 6 | | /s/ Mark Bledstein<br>Attorney for Defendant, MICHELLE CHAUN GOC LE |
| 7 | | /s/ Alex Robert Kessel<br>Attorney for Defendant, NAM GIA PHAMTRAN |
| 8 | | |
| 9 | DATED: March 11, 2010 | /s/ Matthew C. Stegman, Assistant United States Attorney |

ORDER

IT IS SO ORDERED.

Dated: March 15, 2010

GARLAND E. BURRELL, JR.
United States District Judge

2