**ALEX R. KESSEL (State Bar No. 110715)**
16542 Ventura Blvd.
Suite 305
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant
**NAM PHAMTRAN**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>           Plaintiff,        )<br>                             )<br> vs.                         )<br>                             )<br> THO LE, et. al.,            )<br>                             )<br>           Defendants.       )<br>                             ) | CASE NO.: 2:05-CR-542-GEB<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE |

It is hereby stipulated and agreed to between the United States of America through Matthew C. Stegman, Assistant United States Attorney; defendant, NAM PHAMTRAN, by and through his counsel, Alex R. Kessel, defendant, TRI HUU BUI, by and through his counsel Scott L. Tedmon; defendant, MICHELLE CHAUN GOC LE, by and through her counsel, Mark Bledstein; defendant THANG QUOC BUI, by and through his counsel, Tim Warriner; and TUNG THANH HUYNH, by and through his counsel, Matthew C. Bockman, Assistant Federal Defender, that the status conference currently set for April 23, 2010 at 9:00am, be continued to June 11, 2010 at 9:00am.

All counsel continue to require additional time to engage in plea negotiations and to conduct legal research and investigation concerning possible plea.

IT IS FURTHER STIPULATED that the period from April 23, 2010 through and including June 11, 2010, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and

1

1 | preparation of counsel and 18 U.S.C. §§3161(h)(8)(B)(ii) and Local Code T2 for complexity.

2 | Dated: April 21, 2010                    Respectfully submitted,

4 |                                          /s/ Alex R. Kessel

5 |                                          _____
                                             ALEX R. KESSEL
                                             Attorney for Defendant
6 |                                          NAM PHAMTRAN

8 |                                          /s/ Alex R. Kessel for

9 |                                          _____
                                             SCOTT L. TEDMON
                                             Attorney for Defendant
10|                                          TRUI HUU BUI

12|                                          /s/ Alex R. Kessel for

                                             _____
                                             MARK BLEDSTEIN
13|                                          Attorney for Defendant
                                             MICHELLE CHAUN GOC LE

15|                                          /s/ Alex R. Kessel for

16|                                          _____
                                             TIMOTHY WARRINER
                                             Attorney for Defendant
17|                                          THANG QUOC BUI

19|                                          /s/ Alex R. Kessel for

20|                                          _____
                                             MATTHEW BOCKMON
                                             Attorney for Defendant
                                             TUNG THANH HUYNH

23|
24| Dated: April 21, 2010                    BENJAMIN B. WAGNER
                                             United States Attorney

25|                                          /s/ Alex R. Kessel for

26|                                          _____
                                             MATTHEW C. STEGMAN
                                             Assistant United States Attorney

**ORDER**

IT IS SO ORDERED:

Dated: May 6, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

3