**ALEX R. KESSEL (State Bar No. 110715)**
16542 Ventura Blvd.
Suite 305
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant
**NAM PHAMTRAN**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:05-CR-542-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE |
| vs. | |
| THO LE, et. al., | |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through Matthew C. Stegman, Assistant United States Attorney; defendant, NAM PHAMTRAN, by and through his counsel, Alex R. Kessel, defendant, TRI HUU BUI, by and through his counsel Scott L. Tedmon; defendant, MICHELLE CHAUN GOC LE, by and through her counsel, Mark Bledstein; defendant THANG QUOC BUI, by and through his counsel, Tim Warriner; and TUNG THANH HUYNH, by and through his counsel, Matthew C. Bockman, Assistant Federal Defender, that the status conference currently set for June 11, 2010 at 9:00am, be continued to August 13, 2010 at 9:00am.

All counsel continue to require additional time to engage in plea negotiations and to conduct legal research and investigation concerning possible plea.

IT IS FURTHER STIPULATED that the period from June 11, 2010 through and including August 13, 2010, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and

1

1  preparation of counsel and 18 U.S.C. §§3161(h)(8)(B)(ii) and Local Code T2 for complexity.

2  Dated: June 10, 2010					Respectfully submitted,

4							/s/ Alex R. Kessel
							_____
5							ALEX R. KESSEL
							Attorney for Defendant
6							NAM PHAMTRAN

8							/s/ Alex R. Kessel for
							_____
9							SCOTT L. TEDMON
							Attorney for Defendant
10							TRUI HUU BUI

12							/s/ Alex R. Kessel for
							_____
							MARK BLEDSTEIN
13							Attorney for Defendant
							MICHELLE CHAUN GOC LE

15							/s/ Alex R. Kessel for
							_____
16							TIMOTHY WARRINER
							Attorney for Defendant
17							THANG QUOC BUI

19							/s/ Alex R. Kessel for
							_____
							MATTHEW BOCKMON
20							Attorney for Defendant
							TUNG THANH HUYNH

23
24  Dated: June 10, 2010					BENJAMIN B. WAGNER
							United States Attorney

25							/s/ Alex R. Kessel for
							_____
26							MATTHEW C. STEGMAN
							Assistant United States Attorney

2

1 **ORDER**

2 IT IS SO ORDERED:

3 Dated: June 11, 2010

5 _____
GARLAND E. BURRELL, JR.
6 United States District Judge