**ALEX R. KESSEL (State Bar No. 110715)**
16542 Ventura Blvd.
Suite 305
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant
**NAM PHAMTRAN**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:05-CR-542-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE |
| vs. | |
| THO LE, et. al., | |
| Defendants. | |

    It is hereby stipulated and agreed to between the United States of America through Matthew C. Stegman, Assistant United States Attorney; defendant, NAM PHAMTRAN, by and through his counsel, Alex R. Kessel, defendant, TRI HUU BUI, by and through his counsel Scott L. Tedmon; defendant, MICHELLE CHAUN GOC LE, by and through her counsel, Mark Bledstein**;** defendant THANG QUOC BUI, by and through his counsel, Tim Warriner; and TUNG THANH HUYNH, by and through his counsel, Matthew C. Bockman, Assistant Federal Defender, that the status conference currently set for August 13, 2010 at 9:00am, be continued to October 15, 2010 at 9:00am.

    All counsel continue to require additional time to engage in plea negotiations and to conduct legal research and investigation concerning possible plea.

    IT IS FURTHER STIPULATED that the period from August 13, 2010 through and including October 15, 2010, be excluded in computing the time within which trial must commence under the

1

Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel and 18 U.S.C. §§3161(h)(8)(B)(ii) and Local Code T2 for complexity.

Dated: August 11, 2010              Respectfully submitted,


/s/ Alex R. Kessel
_____
ALEX R. KESSEL
Attorney for Defendant
NAM PHAMTRAN


/s/ Alex R. Kessel for
_____
SCOTT L. TEDMON
Attorney for Defendant
TRUI HUU BUI


/s/ Alex R. Kessel for
_____
MARK BLEDSTEIN
Attorney for Defendant
MICHELLE CHAUN GOC LE


/s/ Alex R. Kessel for
_____
TIMOTHY WARRINER
Attorney for Defendant
THANG QUOC BUI


/s/ Alex R. Kessel for
_____
MATTHEW BOCKMON
Attorney for Defendant
TUNG THANH HUYNH


Dated: August 11, 2010              BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Alex R. Kessel for
                                    _____
                                    MATTHEW C. STEGMAN
                                    Assistant United States Attorney

**ORDER**

IT IS SO ORDERED:

Dated: August 11, 2010

GARLAND E. BURRELL, JR.
United States District Judge

3