**I. MARK BLEDSTEIN  (State Bar No. 47482)**
15915 Ventura Blvd., Suite 203
Encino, California 91436-2746
Telephone: (818) 995-0801
Facsimile: (818) 981-6098
Email: imblaw@pacbell.net

Attorney for Defendant
**MICHELLE LE**

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:05-CR-542-GEB |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE |
| vs. | |
| THO LE, et. al., | |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through Matthew C. Stegman, Assistant United States Attorney; defendant, NAM PHAMTRAN, by and through his counsel, Alex R. Kessel, defendant, TRI HUU BUI, by and through his counsel Scott L. Tedmon; defendant, MICHELLE CHAUN GOC LE, by and through her counsel, Mark Bledstein**;** defendant THANG QUOC BUI, by and through his counsel, Tim Warriner; and TUNG THANH HUYNH, by and through his counsel, Matthew C. Bockman, Assistant Federal Defender, that the motions hearing date currently set for October 15, 2010 at 9:00am, be continued to December 17, 2010 at 9:00am.

All counsel continue to require additional time to engage in plea negotiations and to conduct legal research and investigation concerning possible plea. Counsel is also engaged in trial October 14, 2010 on **People v. Andres Frias, Case No. BA357016.**

IT IS FURTHER STIPULATED that the period from October 15, 2010 (the date currently set for the motions hearing) through and including December 17, 2010, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C.

1

§3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel and 18 U.S.C. §§3161(h)(8)(B)(ii) and Local Code T2 for complexity.

Dated: October 14, 2010                         Respectfully submitted,


/s/ I. Mark Bledstein
_____
I. MARK BLEDSTEIN
Attorney for Defendant
MICHELLE CHAUN GOC LE


/s/ I. Mark Bledstein for
_____
ALEX R. KESSEL
Attorney for Defendant
NAM PHAMTRAN


/s/ I. Mark Bledstein for
_____
SCOTT. TEDMON
Attorney for Defendant
TRUI HUU BUI


/s/ I. Mark Bledstein for
_____
TIMOTHY WARRINER
Attorney for Defendant
THANG QUOC BUI


/s/ I. Mark Bledstein for
_____
MATTHEW BOCKMON
Attorney for Defendant
TUNG THANH HUYNH


Dated: October 14, 2010                         MCGREGOR W. SCOTT
United States Attorney

/s/ I. Mark Bledstein for
_____
MATTHEW C. STEGMAN
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED:

Dated: October 14, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

3