LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Telephone: (916) 482-4545
Email: tedmonlaw@comcast.net

Attorney for Defendant
TRI HUU BUI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> TRI HUU BUI, et al., ) <br> ) <br> Defendants. ) <br> _____) | No. Cr. S-05-542 GEB <br><br> STIPULATION AND <br> ORDER CONTINUING STATUS <br> CONFERENCE; EXCLUSION OF TIME <br><br> Date:  January 28, 2011 <br> Time:  9:00 a.m. <br> Judge: Honorable Garland E. Burrell, Jr. |

    It is hereby stipulated and agreed by and between the United States of America, through Assistant U.S. Attorney Matthew C. Stegman, and defendant TRI HUU BUI, through his counsel Scott L. Tedmon, that the status conference set for Friday, January 28, 2011 at 9:00 a.m. be continued to Friday, March 4, 2011 at 9:00 a.m.  Counsel for the government and counsel for Mr. Tri Bui have been engaged in ongoing negotiations in an effort to resolve the case.  As of this date, there are remaining issues which need to be addressed before a resolution can be finalized and the parties agree that additional time is necessary to address those issues.

    Based on the foregoing, counsel for the government and counsel for Mr. Tri Bui agree and stipulate to the setting of a status conference on March 4, 2011 at 9:00 a.m.  Defense counsel has confirmed the Court is available for status conference on March 4, 2011 at 9:00 a.m.

**SPEEDY TRIAL ACT - EXCLUSION OF TIME**

The parties stipulate the Court should find that time be excluded through March 4, 2011, under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), [Local Code T4], for continuity and preparation of counsel. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Finally, Scott L. Tedmon has been authorized by counsel for the government to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: January 26, 2011          BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Matthew C. Stegman
                                  MATTHEW C. STEGMAN
                                  Assistant U.S. Attorney


DATED: January 26, 2011          LAW OFFICES OF SCOTT L. TEDMON

                                  /s/ Scott L. Tedmon
                                  SCOTT L. TEDMON
                                  Attorney for Tri Huu Bui

**ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, the Court finds that time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), [Local Code 4], reasonable time necessary for effective counsel preparation, and that the ends of justice therefore outweigh the best interest of the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Accordingly,

IT IS ORDERED that this matter is continued to Friday, March 4, 2011, at 9:00 a.m., for further status conference.

IT IS FURTHER ORDERED pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), [Local Code T4], that the period from January 28, 2011 to and including March 4, 2011, is excluded from the time computations required by the Speedy Trial Act.

**IT IS SO ORDERED.**

Dated: January 26, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge