LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Telephone: (916) 482-4545
Email: tedmonlaw@comcast.net

Attorney for Defendant
TRI HUU BUI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> ) <br> TRI HUU BUI, et al.,  ) <br> ) <br> Defendants.  ) <br> ) | No. Cr. S-05-542 GEB <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE; EXCLUSION OF TIME <br><br> Date:   April 8, 2011 <br> Time:  9:00 a.m. <br> Judge: Honorable Garland E. Burrell, Jr. |

It is hereby stipulated and agreed by and between the United States of America, through Assistant U.S. Attorney Matthew C. Stegman, and defendant TRI HUU BUI, through his counsel Scott L. Tedmon, that the status conference set for Friday, April 8, 2011 at 9:00 a.m. be continued to Friday, May 6, 2011 at 9:00 a.m.  Counsel for the government and counsel for Mr. Tri Bui continue to engage in ongoing negotiations in an effort to resolve the case.  As of this date, there are remaining issues which need to be addressed by both the government and the defense before a resolution can be finalized.  Counsel for the government and defense counsel agree that additional time is necessary to address those issues.

Based on the foregoing, counsel for the government and counsel for Mr. Tri Bui agree and stipulate to the setting of a status conference on May 6, 2011 at 9:00 a.m.  Defense counsel has confirmed the Court is available for status conference on May 6, 2011 at 9:00 a.m.

### SPEEDY TRIAL ACT - EXCLUSION OF TIME

The parties stipulate that as to defendant Tri Huu Bui, the Court should find that time be excluded through May 6, 2011, under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), [Local Code T4], reasonable time necessary for effective counsel preparation. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Finally, Scott L. Tedmon has been authorized by counsel for the government to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: April 4, 2011                         BENJAMIN B. WAGNER
                                             United States Attorney

                                              /s/ Matthew C. Stegman
                                             MATTHEW C. STEGMAN
                                             Assistant U.S. Attorney


DATED: April 4, 2011                         LAW OFFICES OF SCOTT L. TEDMON

                                              /s/ Scott L. Tedmon
                                             SCOTT L. TEDMON
                                             Attorney for Tri Huu Bui

**ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, the Court finds that time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), [Local Code 4], reasonable time necessary for effective counsel preparation, and that the ends of justice therefore outweigh the best interest of the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Accordingly,

IT IS ORDERED that the April 8, 2011 status conference as to defendant Tri Huu Bui is continued to Friday, May 6, 2011, at 9:00 a.m., for further status conference.

IT IS FURTHER ORDERED pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), [Local Code T4], that as to defendant Tri Huu Bui, the period from April 8, 2011 to and including May 6, 2011, is excluded from the time computations required by the Speedy Trial Act.

**IT IS SO ORDERED.**

Dated:  April 4, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge