```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2973
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10
11  UNITED STATES OF AMERICA,    )   CR.S-05-542 GEB
                                 )
12             Plaintiff,        )
                                 )
13        v.                     )
                                 )   MOTION TO DISMISS INDICTMENT
14  TRI BUI,                     )
                                 )
15             Defendant.        )
    _____)
16
17       Plaintiff United States of America, by and through its
18  undersigned counsel, pursuant to Fed. R. Crim. P. 48(a), moves to
19  dismiss all counts of the Indictment in the above entitled case as
20  to defendant TRI BUI.
21  DATED: July 22, 2011              BENJAMIN B. WAGNER
                                      United States Attorney
22
23
                                 By:  /s/ Matthew C. Stegman
24                                    MATTHEW C. STEGMAN
                                      Assistant U.S. Attorney
25
26
27
28
                                  1
```

<u>ORDER</u>

Based on the motion of the government, the Court hereby orders that all charges against TRI BUI in the pending Indictment filed on December 15, 2005, be hereby DISMISSED.

IT IS SO ORDERED.

Dated:  July 22, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge